McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08-CV-01641-OWW-DLB |
| Plaintiff, | **APPLICATION AND ORDER FOR PUBLICATION** |
| v. | |
| APPROXIMATELY $84,563.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $11,460.00 IN U.S. CURRENCY, | |
| Defendants. | |

   The United States of America, Plaintiff herein, applies for an order of publication as follows:

   1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation or on the official internet government forfeiture site;

   2.   Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

   3.   The defendant approximately $84,563.00 in U.S. Currency was seized in the city of Madera, in Madera County California.  The defendant approximately $11,460.00 in U.S.

1  Currency was in the city of Eureka, in Humboldt County California.  The defendants
2  approximately $84,56.00 in U.S. Currency and approximately $11,460.00 in U.S. Currency
3  (hereafter "defendant currency") were adopted for forfeiture proceedings by the Drug
4  Enforcement Administration on May 27, 2008, and are in the custody of the U.S. Marshals
5  Service, Eastern District of California.  The Drug Enforcement Administration ("DEA")
6  published notice of the nonjudicial forfeiture of the defendant currency on July 14, 21, and 28,
7  2008, in the *Wall Street Journal*.

    4.    Plaintiff proposes that publication be made as follows:

        a.    One publication;

        b.    Thirty (30) consecutive days;

        c.    On the official internet government forfeiture site www.forfeiture.gov;

        d.    The publication is to include the following:

            (1)    The Court and case number of the action;

            (2)    The date of the arrest/seizure;

            (3)    The identity and/or description of the property arrested/seized;

            (4)    The name and address of the attorney for the Plaintiff;

            (5)    A statement that claims of persons entitled to possession or
claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served
on the attorney for the Plaintiff no later than 60 days after the first day of publication on the
official internet government forfeiture site; and

            (6)    A statement that answers to the Complaint or a motion under Rule
12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20
days after the filing of the claims and, in the absence thereof, default may be entered and

///
///
///
///
///

1  condemnation ordered.

2  Dated: October 24, 2008                    McGREGOR W. SCOTT
                                              United States Attorney

4                                             /s/ Stephanie Hamilton Borchers
                                              STEPHANIE HAMILTON BORCHERS
5                                             Assistant United States Attorney

                              ORDER

   IT IS SO ORDERED.

   **Dated:   October 30, 2008**           _____/s/ **Dennis L. Beck**_____
                                           UNITED STATES MAGISTRATE JUDGE