1  LAWRENCE G. BROWN
   Acting United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-CV-01641-OWW-SMS |
| Plaintiff, | ) | |
| v. | ) | |
| APPROXIMATELY $84,563.00 IN U.S. CURRENCY, and | ) | **FINAL JUDGMENT OF FORFEITURE** |
| APPROXIMATELY $11,460.00 IN U.S. CURRENCY, | ) | |
| Defendants. | ) | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against defendants approximately $84,563.00 in U.S. Currency and approximately $11,460.00 in U.S. Currency (hereafter "defendant currency").

2. A Verified Complaint for Forfeiture *In Rem* was filed on October 28, 2008, seeking the forfeiture of the defendant currency, alleging the defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6) because the defendant currency constitutes moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical, all proceeds traceable to such an exchange and/or was used or intended to be used to facilitate one or more violations of 21 U.S.C. § 841 *et seq*.

///

3. On November 3, 2008, in accordance with said Complaint, a Warrant for Arrest of Articles *In Rem* for the defendant currency was issued and duly executed on November 10, 2008.

4. Beginning on December 18, 2008, for at least 30 consecutive days, the United States published notice of this action on the official internet government forfeiture site www.forfeiture.gov as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The Declaration of Publication was filed with the Court on February 26, 2009.

5. In addition to the Public Notice of Arrest having been completed, actual notice was personally served upon Claimant Charles King and My-Hanh Dills aka My-Hanh Haynh Dills. To date no parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

6. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against My-Hanh Dills aka My-Hanh Haynh Dills on March 3, 2009. Pursuant to Local Rule A-540, the United States and Claimant Charles King thus join in a request that as part of this Final Judgment of Forfeiture in this case the Court enter a default judgment against the interests, if any, of My-Hanh Dills aka My-Hanh Haynh Dills.

7. Claimant Charles King represents and warrants that he is the sole owner of the defendant currency.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. Judgment is hereby entered against Charles King, My-Hanh Dills aka My-Hanh Haynh Dills, and all other potential claimants who have not filed claims in this action.

3. Upon entry of a Final Judgment of Forfeiture, $79,563.00 of the defendant approximately $84,563.00 in U.S. Currency, together with any interest that may have accrued on the full amount of the defendant approximately $84,563.00 in U.S. Currency, and the defendant approximately $11,460.00 in U.S. Currency, together with any interest that may have accrued on this amount shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of

according to law.

4. Within 45 days of entry of a Final Judgment of Forfeiture herein, $5,000.00 of the defendant approximately $84,563.00 in U.S. Currency shall be returned to Claimant Charles King, through his attorney of record, R. Frank Butler at 1327 N. Street, Fresno, California 93721.

5. Plaintiff United States of America and its servants, agents, and employees, and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed. The parties waive the provisions of California Civil Code § 1542.

6. There was reasonable cause for the seizure and arrest of the defendant currency, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

7. All parties shall bear their own costs and attorneys' fees.

SO ORDERED THIS <u>3rd</u> day of <u>April</u>, 2009.


/s/ OLIVER W. WANGER
OLIVER W. WANGER
United States District Judge


CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed October 28, 2008, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency.

Dated: <u>April 3, 2009</u>           /s/ OLIVER W. WANGER
OLIVER W. WANGER
United States District Judge